Chief Justice CASTILLE, Justice EAKIN and BAER, Justice TODD and Justice McCAFFERY join the opinion.

### James and Paula BOSWELL, h/w, Appellants

v.

### SKIPPACK TOWNSHIP and Skippack Township Board of Supervisors, Appellees.

Supreme Court of Pennsylvania.

May 28, 2013.

### ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the Order of the Commonwealth Court is **AFFIRMED.**

### Craig SAUNDERS, Appellant

v.

### COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS; S.C.I., Rockview Incoming Publication Review Committee; S.C.I. Rockview Superintendent Marirosa Lamas; Pennsylvania Department of Corrections Chief Grievance Officer Dorina Varner, Appellees.

Supreme Court of Pennsylvania.

May 28, 2013.

### ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**

8. While the analysis of Judge Fitzgerald and, by extension, the Commonwealth Court in *Township of Indiana,* would seem to harmonize the various statutory sections, such a reading would restrict the term instrument as it is used in Section 5529(b)(1) to bonds, notes, and other similar writings, a limitation that does not appear on the face of the statute.